UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RAY LEON JETER #57297     CASE NO. 5:19-CV-01517 SEC P

VERSUS     JUDGE ELIZABETH E. FOOTE

NURSING STAFF CADDO CORRECTIONAL CENTER     MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Mr. Jeter's motion for default judgment against Moniece Brossette is **GRANTED**, and Mr. Jeter is awarded $3,400 in compensatory damages, along with costs and post-judgment interest.

**IT IS FURTHER ORDERED** that Mr. Jeter's motion for default judgment against Darrell Evans is **DENIED**, and his claims against Evans are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Mr. Jeter's claims against Unknown Officer are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Mr. Jeter's claims against the Nursing Staff of Caddo Parish are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Mr. Jeter's claim for injunctive relief is **DISMISSED AS MOOT**.

THUS DONE in Chambers on this ___8th___ day of ___September___, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE